United States District Court
Southern District of Texas
**ENTERED**
March 03, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RHONDA STELLY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-19-0708 |
| | § | |
| PAUL DURISO, | § | |
| | § | |
| Defendant. | § | |

## ORDER

For the reasons set forth in the Opinion of the United States Court of Appeals for the Fifth Circuit (Document No. 80), Judgment of the United States Court of Appeals issued as mandate on January 4, 2021 (Document No. 79), and the Order of this Court entered January 31, 2022 (Document No. 83), to which no party has responded, it is

ORDERED and ADJUDGED that this case brought by Rhonda Stelly, Plaintiff, against Paul Duriso, Defendant, is DISMISSED.

This is a FINAL JUDGMENT.

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 3rd day of March, 2022.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE